FILED

JAN 28 A 10:51

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

London No. C52678

CV 08 00651 JW

KHALIF LATEEF

        Plaintiff,

vs.

ROBERT A. HOREL, WARDEN, ET AL

        Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Khalif Lateef__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __n/a__  Net: __n/a__

Employer: __n/a__

PRIS. APP. TO PROC. IN FORMA PAUPERIS

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _November 1981, Salinas County Boys' Ranche_
5  _____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.  Business, Profession or                    Yes ___ No X___
10        self employment
11    b.  Income from stocks, bonds,                 Yes ___ No X___
12        or royalties?
13    c.  Rent payments?                             Yes ___ No X___
14    d.  Pensions, annuities, or                    Yes ___ No X___
15        life insurance payments?
16    e.  Federal or State welfare payments,         Yes ___ No X___
17        Social Security or other govern-
18        ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21    _n/a_
22  _____
23  3.  Are you married?                             Yes ___ No X___
24  Spouse's Full Name: _n/a_
25  Spouse's Place of Employment: _n/a_
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $__n/a__                 Net $__n/a__
28  4.  a.  List amount you contribute to your spouse's support: $ _n/a_

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NONE _____

_____

5. Do you own or are you buying a home?     Yes ___ No X___

Estimated Market Value: $____N/A____ Amount of Mortgage: $ N/A____

6. Do you own an automobile?     Yes ___ No x___

Make ___N/A_____ Year __N/A___ Model ___N/A_____

Is it financed? Yes N/A  No N/A  If so, Total due: $ ___N/A_____

Monthly Payment: $ _N/A_____

7. Do you have a bank account? Yes ____ No X___ (Do not include account numbers.)

Name(s) and address(es) of bank: _N/A_____

_____

Present balance(s): $N/A_____

Do you own any cash? Yes ___ No X___ Amount: $ _N/A_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No X___

_____

8. What are your monthly expenses?

Rent: $ _N/A_____ Utilities: _N/A_____

Food: $ _N/A_____ Clothing: _N/A_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

9. Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 3 -

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  NO
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?    Yes ____ No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  N/A
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  12/16/07                             [signature]
17      DATE                         SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Lavon Haney (aka Khalif Lateef) C52678</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.83</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.83</u>.     (20%= $0.17)

Dated: 1/3/08

_____
Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-02-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY K. Leppin
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 02, 2008

ACCOUNT NUMBER : C52678                BED/CELL NUMBER: AF03L 000000129L
ACCOUNT NAME   : HANEY, LAVON          ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 07/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 12/27 | D300 | CASH DEPOSIT | 2711 #122 | | 5.00 | | 5.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-02-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CURRENT AVAILABLE BALANCE

5.00