AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

| | | |
|---|---|---|
| KHALIF LATEEF | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.    CV 08-00651 JW |
| ROBERT A. HOREL | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
   ***Correctional Officer Campbell***
   ***Pelican Bay State Prison***
   ***5905 Lake Earl Drive***
   ***P. O. Box 7000***
   ***Crescent City, Calif., 95531-7000***

A lawsuit has been filed against you.

   Within  20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Khalif Lateef - C52678
> PBSP-II
> P. O. Box 7500
> Crescent City, Ca.., 95531
> (Pro Se)

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Richard W. Wieking*

_____
Name of clerk of court

Date:  August 22, 2008

CINDY VARGAS
_____
Deputy clerk's signature •

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Calfornia

KHALIF LATEEF _____ )
Plaintiff )
v. ) Civil Action No.    CV 08-00651 JW
ROBERT A. HOREL _____ )
Defendant )

## Summons in a Civil Action

To: *(Defendant's name and address)*
**Correctional Officer D. Coleman**
**Pelican Bay State Prison**
**5905 Lake Earl Drive**
**P. O. Box 7000**
**Crescent City, Calif., 95531-7000**

A lawsuit has been filed against you.

Within ___20___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

>           Khalif Lateef - C52678
>           PBSP-II
>           P. O. Box 7500
>           Crescent City, Ca.., 95531
>           (Pro Se)

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Richard W. Wieking*

Name of clerk of court

CINDY VARGAS

Date: __August 22, 2008_____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ 0.00 _____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Calfornia

KHALIF LATEEF                                  )
—————————————————                )
Plaintiff                                      )
v.                                             )        Civil Action No.    CV 08-00651 JW
ROBERT A. HOREL                                )
—————————————————                )
Defendant                                      )

### Summons in a Civil Action

To: *(Defendant's name and address)*
   **Correctional Officer Saway**
   **Pelican Bay State Prison**
   **5905 Lake Earl Drive**
   **P. O. Box 7000**
   **Crescent City, Calif., 95531-7000**

A lawsuit has been filed against you.

Within  20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Khalif Lateef - C52678
> PBSP-II
> P. O. Box 7500
> Crescent City, Ca.., 95531
>  (Pro Se)

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Richard W. Wieking*

Name of clerk of court

CINDY VARGAS

Deputy clerk's signature

Date:  August 22, 2008

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

   (1) personally delivering a copy of each to the individual at this place, _____
   _____; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

   (4) returning the summons unexecuted to the court clerk on _____; or

   (5) other (specify) _____
       _____
       _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

### Northern District of Calfornia

| | | |
|---|---|---|
| KHALIF LATEEF | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.    CV 08-00651 JW |
| ROBERT A. HOREL | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
   **Correctional Officer W. Patterson**
   **Pelican Bay State Prison**
   **5905 Lake Earl Drive**
   **P. O. Box 7000**
   **Crescent City, Calif., 95531-7000**

A lawsuit has been filed against you.

   Within   20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Khalif Lateef - C52678
> PBSP-II
> P. O. Box 7500
> Crescent City, Ca.., 95531
>   (Pro Se)

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Richard W. Wieking*

| |
|---|
| Name of clerk of court |
| CINDY VARGAS |
| Deputy clerk's signature |

Date:   August 22, 2008

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

🖎 AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____

    _____

    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Calfornia

| | |
|---|---|
| KHALIF LATEEF | ) |
| Plaintiff | ) |
| v. | )    Civil Action No.    CV 08-00651 JW |
| ROBERT A. HOREL | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

**Correctional Officer B Jackson**
**Pelican Bay State Prison**
**5905 Lake Earl Drive**
**P. O. Box 7000**
**Crescent City, Calif., 95531-7000**

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Khalif Lateef - C52678
> PBSP-II
> P. O. Box 7500
> Crescent City, Ca.., 95531
> (Pro Se)

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Richard W. Wieking*

_____
Name of clerk of court

Date: __August 22, 2008__

CINDY VARGAS
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .


Date: _____                    _____
                                                      Server's signature

                                             _____
                                                      Printed name and title


                                             _____
                                                      Server's address